J. WARREN MERCHANT, Respondent, *v.* CONRAD N. JORDAN, Appellant.

(Submitted October 30, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 18, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William J. Groo* for appellant.

*D. S. Richards* for respondent.

Agree to affirm ; no opinion. All concur. Judgment affirmed.